UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

JACQUELINE CROOM o/b/o L.S.,

                Plaintiff,

                                                DECISION AND ORDER
     v.                                              14-CV-392A

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

———————————————————————

        The above-referenced case was referred to Magistrate Judge Michael J. Roemer, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 19, 2016, Magistrate Judge Roemer filed a Report and Recommendation (Dkt. No. 18), recommending that plaintiff's motion for judgment on the pleadings (Dkt. No. 10) be denied, and the Commissioner's motion for similar relief (Dkt. No. 14) be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Roemer's Report and Recommendation, plaintiff's motion for judgment on the pleadings is denied, and the Commissioner's motion for similar relief is granted.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   September 14, 2016